UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HARLAN ISKE, | Case No. 2:24-cv-01584-JAD-DJA |
| Plaintiff | ORDER |
| v. | |
| MEDICAL PROVIDER, et al., | |
| Defendants | |

    Plaintiff Harlan Iske brings this civil-rights lawsuit to redress constitutional violations that he allegedly suffered while detained or incarcerated at Clark County Detention Center ("CCDC"). (ECF No. 1-1). According to the CCDC inmate database, Plaintiff is no longer housed at that facility, and it appears from the docket in Plaintiff's state criminal case that he is no longer a "prisoner" under 28 U.S.C. § 1915 because he is on probation.[1] But Plaintiff has not complied with this Court's rule providing that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. LR IA 3-1. Plaintiff's application to proceed *in forma pauperis* for inmate is moot because he is no longer a prisoner. And Plaintiff's motion to preserve evidence is premature as this action is in the screening stage.

    It is therefore ordered that the application to proceed *in forma pauperis* for inmate (ECF No. 6) and the motion to produce financial documents (ECF No. 5) are denied as moot.

    It is further ordered that the motion to preserve evidence (ECF No. 4) is denied without prejudice as premature.

    It is further ordered that Plaintiff has until **May 1, 2025**, to file his updated address

---

[1] Plaintiff's criminal case in Nevada's Eighth Judicial District Court is styled *State of Nevada v. Iske*, Case No. C-24-382971-1. The Court takes judicial notice of the online docket records in the state district court, which may be accessed by the public at: https://www.clarkcountycourts.us.

1  with the Court.
2      It is further ordered that Plaintiff has until **May 1, 2025**, to either pay the full $405
3  filing fee for this civil action or file a complete application to proceed *in forma pauperis* for
4  non-inmates.
5      Plaintiff is cautioned that this action will be subject to dismissal without prejudice if
6  he fails to timely comply with this order.
7      The Clerk of the Court is directed to update Plaintiff's address on the docket to:
8  CCDC, 330 S. Casino Center Blvd., Las Vegas, NV 89101 and send Plaintiff a courtesy
9  copy of the application to proceed *in forma pauperis* for non-inmates with instructions.

11     Dated: April 1, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE